JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Samantha_jaffe@fd.org

Counsel for Defendant CRENSHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTIS CRENSHAW,<br><br>Defendant. | Case No.: CR 20-15 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The above captioned matter is scheduled for a status conference on February 24, 2025. Mr. Crenshaw has begun programming at TRP Academy, and the parties need additional time to discuss a resolution, and assess Mr. Crenhaw's progress in the program. Therefore, the parties agree that the matter be continued to April 28, 2025 at 10:30 a.m.

\\

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER
*US v. Crenshaw,* CR 20-15 JD

IT IS SO STIPULATED.

| | |
|---|---|
| February 13, 2025<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>KENNETH CHAMBERS<br>Assistant United States Attorney |
| February 13, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>SAMANTHA JAFFE<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| <u>February 19, 2025</u><br>Dated | _____<br>JAMES DONATO<br>United States District Judge |

STIPULATION AND [PROPOSED] ORDER
*US v. Crenshaw,* CR 20-15 JD